1  JAMES R. HOMOLA  #60244
   Attorney at Law
2  2950 Mariposa, Suite 250
   Fresno, California 93721
3  Telephone: (559) 441-7111

4  Attorney for Defendant
   JAMES G. DAVIDSON

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA     |
                                |
9       Plaintiff,              |    Case No. 12-168 AWI
   vs.                          |
10                              |    STIPULATION AND
   JAMES G. DAVIDSON            |    ORDER TO CONTINUE
11                              |
   Defendant.                   |
12 _____|

13 Defendant JAMES G. DAVIDSON by and through his attorney James R.

14 Homola, and the united States of America, by and through its

15 attorney, GRANT RABENN, Assistant U.S. Attorney, hereby stipulate

16 to the following joint request: That a change of plea hearing be

17 calendered for Monday, February 9, 2015.

18 DATED: February 5, 2015

19 /s/ James R. Homola          /S/ Grant Rabenn
   JAMES R. HOMOLA              GRANT RABENN
20 Attorney for Defendant       Assistant U.S. Attorney
   JAMES G. DAVIDSON

21

22                              **ORDER**

23 IT IS SO ORDERED.

24 Dated:  February 5, 2015      _____

25                                 SENIOR DISTRICT JUDGE

26