BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES GIULIO DAVIDSON,<br><br>Defendant. | CASE NO. 1:12-CR-00168-AWI-2<br><br>MOTION AND ORDER FOR ISSUANCE OF AN ARREST WARRANT<br><br>DATE:   TBA<br>TIME:   TBA<br>JUDGE:  Hon. Anthony W. Ishii |

## BACKGROUND

On April 27, 2015, the Court sentenced defendant JAMES GIULIO DAVIDSON to an 18-month term of imprisonment. Dkt. 86. The Court ordered the defendant to surrender at either the institution designated by the Bureau of Prisons or the United States Marshals Service in Fresno, California by 2:00 pm on June 29, 2015. Id. On July 8, 2015, a representative of the Marshals Service informed the Court and the parties that the defendant had failed to surrender on June 29. Counsel for the United States contacted the office of defense counsel, Mr. Homola, and inquired whether the defendant had made his counsel aware of any reason why he could not report as ordered. Mr. Homola's office reported that the defendant had not been in contact with Mr. Homola, despite Mr. Homola's repeated attempts.

Based on the above, the Government requests that the Court issue a no-bail bench warrant for the defendant's arrest, effective immediately.

A proposed order appears below.

///

1

                                                                  Respectfully submitted,

                                                                  BENJAMIN B. WAGNER
                                                                  United States Attorney

DATED: July 9, 2015                        By:    /s/ Michael G. Tierney
                                                                      Michael G. Tierney
                                                                        Assistant United States Attorney

## **ORDER**

**IT IS HEREBY ORDERED** that a no-bail warrant issue for the arrest of defendant JAMES GIULIO DAVIDSON.

IT IS SO ORDERED.

Dated:  July 9, 2015                                                  _____
                                                                        SENIOR DISTRICT JUDGE